UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL RAYA SANDOVAL and SUSAN JOAN NIEMANN,<br><br>              Plaintiffs,<br><br>   v.<br><br>TERRI ROBINSON, et al.,<br><br>             Defendants. | 3:21-cv-349-RCJ-CLB<br><br>ORDER FOR DISMISSAL OF ACTION |

    Plaintiffs and defendants, and each of them through their respective counsel, hereby stipulate and agree that this action may be dismissed without prejudice pursuant to Rule 41(a)(1), Fed.R.Civ.P., with each such party to bear their own costs and expenses of litigation, including attorneys' fees.

    Defendants, through counsel, acknowledge that USCIS has issued a Notice recognizing that its August 3, 2020, Revocation Notice (form I-797) was issued in error and should be disregarded and

//

//

1

further acknowledge that the termination of plaintiff Sandoval's registration for an immigrant visa by the Department of State under INA 203(g) has no continuing effect.

_____
KYLE E. EDGERTON
Counsel for Plaintiffs

_____
GREG ADDINGTON
Assistant United States Attorney
Counsel for Defendants

IT IS SO ORDERED

Date November 10, 2021

_____
UNITED STATES DISTRICT JUDGE

2